UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:08-CR-163 |
| | ) | VARLAN/GUYTON |
| ROBERT L. DAIES, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case came before the Court on February 5, 2009, for a hearing scheduled to address Defendant's Motion to Suppress [Doc. 13]. However, at the hearing the Defendant made an oral motion for new counsel. The Court found the attorney-client relationship between the Defendant and his former counsel to be irretrievably broken and granted the motion for new counsel [Doc. 19]. Attorney Robert Kurtz accepted appointment in this case, and the Court advised Attorney Kurtz to review the previously filed Motion to Suppress [Doc. 13] and inform the Court whether the motion would be pursued.

On March 9, 2009, Attorney Kurtz contacted chambers and informed the Court that the Motion to Suppress [Doc. 13] was moot, as the parties had reached a tentative plea agreement. Attorney Kurtz stated that a change of plea hearing has been scheduled with the District Court.

The Defendant has represented to the Court that he wishes to withdraw the Motion to Suppress **[Doc. 13]**, and in light of the pending change of plea, the Court finds the motion is now moot. Accordingly, it is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

ENTER:

_____s/ H. Bruce Guyton_____
United States Magistrate Judge

2

Case 3:08-cr-00163-TAV-HBG   Document 22   Filed 03/09/09   Page 2 of 2   PageID #: 68